**Richard B. MARTIN, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

**No. 2006–3397.**

United States Court of Appeals, Federal Circuit.

May 14, 2007.

Before MAYER, SCHALL and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**ULTRATECH STEPPER, INC. (now known as Ultratech, Inc.), Plaintiff–Appellant,**

v.

**ASM LITHOGRAPHY, INC., Defendant–Appellee.**

**No. 2006–1298.**

United States Court of Appeals, Federal Circuit.

May 14, 2007.

Before MAYER, SCHALL and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.